FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-1529
_____

LATRAVIS BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

July 2, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and JAY, J., and SHARRIT, MICHAEL S., Associate Judge, concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Candice Kaye Brower, Criminal Conflict & Civil Regional Counsel, Region One, and Michael Jerome Titus, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Steven Woods, Assistant Attorney General, Tallahassee, for Appellee.